IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JARTU NGAFUA**, on behalf of herself and all persons similarly situated,<br>                    Plaintiff,<br><br>       v.<br><br>**CAREPINE HOME HEALTH, LLC** and **ELIUD OMOLLO**,<br>                    Defendants. | CIVIL ACTION<br><br><br><br>NO.  23-1468 |

**O R D E R**

**AND NOW**, this 26th day of March, 2025, upon consideration of Defendants' Motion for Partial Summary Judgment (ECF No. 19) and Plaintiff's Response in Opposition (ECF No. 20), it is **ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
       HODGE, KELLEY B., J.